UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | EDCV 20-01029-PA (AS) | Date | February 1, 2021 |
|---|---|---|---|
| Title | *Francisco Xavier Carbajal v. Food Services, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On October 26, 2020, the Court issued an Order denying Plaintiff's motion for relief from the Magistrate Judge's Order dismissing Plaintiff's First Amended Complaint with leave to amend. (Dkt. No. 16). Plaintiff was ordered to file a Second Amended Complaint within thirty days of the Court's Order (by no later than November 26, 2020) if he still wished to pursue this action. Id. On November 10, 2020, Plaintiff filed a notice of appeal with the Ninth Circuit Court of Appeals seeking review of the Court's October 26, 2020 Order, which was dismissed for lack of jurisdiction. (Dkt. Nos. 17, 20).

To date, Plaintiff has failed to file a Second Amended Complaint or seek additional time to do. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than March 1, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's previous orders or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. Copies of the Court's August 25, 2020 Order, (Dkt No. 11), and the Court's October 26, 2020 Order (Dkt. No. 16) are attached for Plaintiff's convenience.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 20-01029-PA (AS) | Date | February 1, 2021 |
|---|---|---|---|
| Title | *Francisco Xavier Carbajal v. Food Services, et. al.,* | | |

Plaintiff's convenience.  <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

    IT IS SO ORDERED.

cc:  Percy Anderson, United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |