UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | EDCV 20-01029-PA (AS) | Date | March 16, 2021 |
|---|---|---|---|
| Title | *Francisco Xavier Carbajal v. Food Services, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On February 1, 2021, the Court issued an Order to Show Cause re lack of prosecution ("OSC"), directing Plaintiff to file a Second Amended Complaint within thirty days or no later than March 1, 2021, or a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. (Dkt. No. 22). Plaintiff was warned that "a failure to timely respond to [the Court's Order] will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders. Id. On February 23, 2021, Plaintiff filed a motion for appointment of counsel, (Dkt. No. 24), which the Court denied without prejudice, finding that "neither the facts nor the legal issues involved in this case are unusually complex," and that "Plaintiff has the ability to articulate his claims without the assistance of counsel." See Dkt. No. 25.

On March 11, 2021, *after the March 1, 2021 deadline for filing a Second Amended Complaint had passed,* Plaintiff filed a "Request for Order," in which he claims that the Court did not address the arguments he presented in his "cause to prosecute, motion to appoint counsel and memorandum of law." (Dkt. No. 27). However, Plaintiff's arguments in support of his request for appointment of counsel reiterate the claims presented in his first amended complaint which the Court has dismissed with leave to amend, (Dkt. No. 11). Moreover, Plaintiff's objections to the Court's Order have been denied, (Dkt. No. 16), and his appeal of the Court's Order overruling his objections to the Ninth Circuit Court of Appeals has been dismissed for lack of jurisdiction. (Dkt. No. 20).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | EDCV 20-01029-PA (AS) | Date | March 16, 2021 |
|---|---|---|---|
| Title | *Francisco Xavier Carbajal v. Food Services, et. al.,* | | |

The Court will provide Plaintiff a **final opportunity** to file a Second Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than April 16, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's previous orders or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is again warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:   Percy Anderson, United States District Judge

|   | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |