UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FRANCISCO XAVIER CARBAJAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> FOOD SERVICES, Et. al., <br><br> Defendants. | Case No. EDCV 20-1029-PA (AS) <br><br> **ORDER ACCEPTING FINDINGS,** <br><br> **CONCLUSIONS AND RECOMMENDATIONS** <br><br> **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: June 7, 2021

_____
              PERCY ANDERSON
       UNITED STATES DISTRICT JUDGE