**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FRANCISCO XAVIER CARBAJAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> FOOD SERVICES, Et. al., <br><br> Defendants. | Case No. EDCV 20-1029-PA (AS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 7, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE