1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| FRANCISCO XAVIER CARBAJAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> FOOD SERVICES, et, al., <br><br> Defendants. | Case No. EDCV 20-1029-PA (AS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. In sum, Defendants' Objections do not cause the

Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.[1]

**IT IS ORDERED** that Defendants' Motion to Dismiss the First Amended Complaint is GRANTED IN PART: Plaintiff's claims against Defendants in their official capacity are DISMISSED WITH PREJUIDCE, and Defendants' Motion to Dismiss is otherwise DENIED.

Defendants are **ORDERED** to file an Answer to the First Amended Complaint consistent with this Order no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: March 1, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a Reply to Defendants' objections on January 23, 2023. (Dkt. No. 77).