# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FRANCISCO XAVIER CARBAJAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOOD SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 20-1029-PA (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　**IT IS ORDERED** that this action is dismissed without prejudice against Defendants Food Services and J. Gandara.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: July 20, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE