UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-01029-PA (AS) | Date | September 5, 2023 |
| Title | Francisco Xavier Carbajal v. Food Services, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE FAILURE OF PLAINTIFF TO FILE CASE MANAGEMENT REPORT**

      On June 20, 2023, the Court issued an Order re Scheduling in Civil Rights Case directing the parties to file a case management report no later than August 21, 2023, (Dkt. No. 106).

      Defendants filed a Case Management Report on August 21, 2023. (Dkt. No. 108). However, Plaintiff has not, to date, filed a Case Management Report or sought an extension of time to do so.

      Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **no later than September 19, 2023,** as to why this case should not be dismissed for failure to comply with court orders. This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's June 20, 2023 Order (Dkt. No. 106), a copy of which is attached to this Order, or upon the filing a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report.

      If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

      IT IS SO ORDERED.

cc: Percy Anderson
    United States District Judge

| | : | 00 |
|---|---|---|
| | Initials of Preparer | AF |