UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | EDCV 20-01029-PA (AS) | Date | October 17, 2023 |
|---|---|---|---|
| Title | Francisco Xavier Carbajal v. B. LeMaster, et. al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **(SECOND) ORDER TO SHOW CAUSE RE FAILURE OF PLAINTIFF TO FILE CASE MANAGEMENT REPORT**

On June 20, 2023, the Court issued an Order re Scheduling in Civil Rights Case directing the parties to file a case management report no later than August 21, 2023. (Dkt. No. 106). Defendants filed a Case Management Report on August 21, 2023. (Dkt. No. 108). When Plaintiff failed to do so by the deadline, on September 5, 2023, the Court issued Plaintiff an Order to Show Cause ("OSC") by September 19, 2023, as to why this case should not be dismissed for his failure to comply with court orders. (Dkt. No. 111). Plaintiff was advised that the OSC would be discharged upon the filing of a Case Management Report in accordance with the Court's June 20, 2023 Order (Dkt. No. 106), or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report. However, as of this date, Plaintiff still has not responded, nor has he otherwise communicated with the Court in any respect. In an abundance of caution, Plaintiff shall have **one final opportunity** to comply with this Court's orders.

Accordingly, Plaintiff is once again **ORDERED TO SHOW CAUSE**, in writing, **no later than October 27, 2023**, as to why this case should not be dismissed for failure to comply with court orders. This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's June 20, 2023 Order (Dkt. No. 106), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | EDCV 20-01029-PA (AS) | Date | October 17, 2023 |
|----------|----------------------|------|------------------|
| Title | Francisco Xavier Carbajal v. B. LeMaster, et. al. | | |

cc:  Percy Anderson
     United States District Judge

_____ : ___00___

Initials of Preparer        AF