UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 20-01029-PA (AS) | Date | February 19, 2026 |
|---|---|---|---|
| Title | *Francisco Xavier Carbajal Jr., v. Food Services, et. al.,* | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings (In Chambers):**        **Order to Show Cause Re: Lack of  Prosecution**

On January 9, 2026, the Court issued an order requiring Plaintiff to submit supplemental briefing in support of his motion for reconsideration of this Court's Order dismissing his First Amended Complaint with prejudice, which the Court construed as a motion for relief from judgment pursuant to Fed.R.Civ.P. 60.  (Dkt. No. 120).  Plaintiff's supplemental brief was due no later than February 9, 2026, and Plaintiff was warned that "failure to timely respond to this Order will result in the denial of his motion for relief from judgment."  Id., at 2.

To date, Plaintiff has not filed any supplemental briefing, requested additional time to do so, or otherwise communicated with the Court.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, no later than **March 12, 2026**, why his motion for relief from judgment should not be denied for failure to prosecute.

**Plaintiff is cautioned that the failure to comply with this Order to Show Cause and/or to show good cause will result in the denial of his motion for the reasons set forth in the Court's Order dated January 9, 2026, and/or for failure to comply with a Court Order.**

**IT IS SO ORDERED.**

cc:  Percy Anderson
     United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | AF | |